Herbert J. Haas #15411
Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>JAIDAH JONES,<br>　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 1:23-CR-37<br><br>JUDGE BARRETT<br><br>**DEFENDANT'S SENTENCING<br>MEMORANDUM** |

Now comes Defendant, by and through the undersigned counsel, and submits her Sentencing Memorandum. This Sentencing Memorandum is submitted to the Court to help present a perspective of Jaidah Jones other than that of an offender. Jaidah Jones is the 23-year old mother of five children, the children are ages 5, 4, 3, 2 and 8 months. Jaidah has an 11th grade education from The Charles School; she hopes to obtain her GED, as she was a good student, and she helps her children with their schoolwork. Jaidah in her kindness has even taken in people who are going through difficulties. At this time Jaidah's life revolves around her five children and caring for them. The father of her three oldest children is not involved and provides no support nor assistance of any kind to Jaidah.

Ms. Jones has had some very difficult times in her young life, such difficulties include sexual abuse at the age of 10, this caused Jaidah to breakdown and struggle with mental illness. She received therapy and began to get her life back on track, but as often is the case, the abused can have a difficult time recognizing abusers and Jaidah found herself in an abusive relationship with a man when she was in her late teens.

Next, Jaidah became romantically involved with co-defendant, Rodrico Allen. Mr. Allen is the father of Jaidah's 2-year old and 8-month old. It is clear from the charges that Jaidah, who

Herbert J. Haas #15411
Attorney for Defendant

did participate in the crimes, did so with minimal knowledge and with minimal understanding of what she was doing.  Jaidah has never been in legal trouble absent a driving infraction.  There can be no doubt she was a patsy of sorts and manipulation and desperation and naivete played a huge role in Jaidah's case.

It is important for the Court to take into consideration Jaidah's diagnoses:

Schizophrenia, unspecified
Other Obsessive-Compulsive Disorder
Post-traumatic Stress Disorder, Chronic
Depersonalization-derealization Syndrome

Jaidah suffers from these diseases but responsibly takes her prescribed medications and with these medications she maintains a fairly balanced countenance.  Jaidah practices self-awareness, negative though blocking and implements coping skills.

Jaidah's paramount concern is for the welfare of her children.  She is the children's  sole caretaker, as Mr. Allen has vacated her home, and they are no longer living together as of April 29, 2024.  Jaidah's mental stability and the stability and welfare of her children hang in the balance as the Court weighs her sentence.  Jaidah's mother, grandmother, and village, have written in support of Jaidah, and each person remarks about her difficulties and triumphs and her ability to see herself through very difficult and horrible situations.

With her lack of education and her genuine kindness and naivete, Jaidah's actions which put her before this Court are impacting her life in drastic ways and she tries to put into words how very sorry she is and states she is sincerely apologetic.

Jaidah has been helpful with her case, and has been very respectful to the undersigned and the undersigned's staff.

Herbert J. Haas #15411
Attorney for Defendant

Jaidah prays that the Court will order probation and strict orders for Jaidah to comply with for an extended period, including orders allowing her to enter programs and specifically a program to obtain her GED.

Respectfully submitted,

/s/ *Herbert J. Haas*

HERBERT J. HAAS (#15411)
Attorney for Defendant
HAAS & HAAS LAW, LLC
114 East Eighth Street
Cincinnati, Ohio 45202
Phone: (513) 721-1126
Fax: (513) 621-2525
Herb@HaasandHaasLaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of July 2025, I electronically filed the foregoing Motion with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to the Assistant United States Attorney.

/s/ *Herbert J. Haas*

HERBERT J. HAAS (#15411)